# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ROBERT FOLSOM,

    Defendant.

Case No. 2:17-cr-00176-JAD-VCF

**~~PROPOSED~~ ORDER TO MODIFY PRETRIAL CONDITIONS**

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the pretrial release conditions of the defendant be modified to permit temporary travel to Valdosta, Georgia from December 8, 2017, until December 11, 2017, to visit his mother.

**IT IS FURTHER ORDERED** that Mr. Folsom provides Pretrial Services with his travel itinerary to include his dates of travel and the location of his accommodations prior to travel.

DATED this 27th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE