```
SUBT
ROY L. NELSON, III., ESQ.
Nevada Bar # 7842
8530 W. Charleston Blvd. #100
Las Vegas, Nevada 8911
P: (702) 776-7676
F: (702) 366-1653
E: Attorneys@kajiokalawlv.com
Attorney for Defendant
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO.: 17-cr-176-JAD-VCF |
| vs. | |
| ROBERT FOLSOM, | |
| Defendant. | |

### SUBSTITUTION OF COUNSEL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Please take notice that Defendant, ROBERT FOLSOM, hereby substitutes ROY L. NELSON, ESQ., in place and instead of his attorneys of record, FEDERAL PUBLIC DEFENDERS OFFICE.

DATED this 14 day of May 2018.

_____
ROBERT FOLSOM

I hereby consent to the substitution of ROY L. NELSON, ESQ. in the above entitled action in my place and stead for representation of Defendant, ROBERT FOLSOM.

DATED this ____ day of May 2018.

_____
FEDERAL PUBLIC DEFENDER

I am duly admitted to practice in this District and having been retained by ROBERT FOLSOM, I hereby consent and accept the above substitution.

DATED this 18th day of May 2018.

_____
ROY L. NELSON, III., ESQ.

APPROVED:

DATED this 21st day of May 2018.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate