# UNITED STATES DISTRICT COURT

District of **Nevada**

United States of America
      Plaintiff (s),

V.

Robert Folsom
      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:17-cr-00176-JAD-VCF

Notice is hereby given that, subject to approval by the court, **Robert Folsom** substitutes
(Party (s) Name)

**Paul Padda, Esq.**, State Bar No. **10417** as counsel of record in
(Name of New Attorney)

place of **Roy Nelson III, Esq.**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name: Paul Padda
   Address: 4560 S. Decatur Blvd., Ste. 300 Las Vegas, Nevada 89103
   Telephone: (702) 366-1888    Facsimile (702) 388-1940
   E-Mail (Optional): psp@paulpaddalaw.com

I consent to the above substitution.
Date: 3/13/2019
(Signature of Party (s))

I consent to being substituted.
Date: 3/20/19
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/13/2019
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 21, 2019
Judge Cam Ferenbach

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**