**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 2:17-cr-00176-JAD-VCF |
| ROBERT FOLSOM, | **<u>ORDER</u>** |
| Defendant. | |

Before the court is Defendant Robert Folsom's Motion for Mental Evaluation (ECF NO. 62).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Defendant Robert Folsom's Motion for Mental Evaluation (ECF NO. 62) must be filed on or before August 5, 2019. Any reply in support of Defendant Robert Folsom's Motion for Mental Evaluation (ECF NO. 62) must be filed on or before August 7, 2019.

IT IS FURTHER ORDERED that a hearing on Defendant Robert Folsom's Motion for Mental Evaluation (ECF NO. 62) is scheduled for 9:00 AM, August 8, 2019, in Courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 30th day of July, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE