PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: *psp@paulpaddalaw.com*
ANTHONY L. ABBATANGELO, ESQ. (NV Bar #3897)
Email: *tony@thevegaslawyers.com*
JOSHUA Y. ANG, ESQ. (NV Bar #14026)
Email: *ja@paulpaddalaw.com*
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

*Attorneys for Robert Folsom*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

ROBERT FOLSOM,

               Defendant.

Case No. 2:17-cr-0176-JAD-VCF

## MOTION TO EXONERATE PERSONAL RECOGNIZANCE BOND

Defendant Robert Folsom, respectfully requests an order from this Court exonerating the Personal Recognizance Bond securing the appearance of Mr. Folsom in this case. Mr. Folsom makes this request based on this Court's August 8, 2019 order granting the Mr. Folsom's motion to for psychological evaluation, which has caused Mr. Folsom to surrender himself back into custody on August 15, 2019.

WHEREFORE, on behalf of Mr. Folsom and any sureties who signed the subject bond for Mr. Folsom, I am respectfully requesting this Court order the exoneration of Personal Recognizance Bond.

Per the request of Pretrial Services, Mr. Folsom is also asking that a status hearing is set

1

before the reinstatement of his release following the psychological evaluation, in order to discuss the conditions of said release.

Respectfully submitted,

/s/ Joshua Y. Ang
_____
Paul S. Padda, Esq.
Joshua Y. Ang, Esq.

Counsel for Robert Folsom

Dated: August 27, 2019.

**IT IS SO ORDERED:**

The foregoing motion is GRANTED. Defendant Robert Folsom's Personal Recognizance Bond is ordered exonerated. A status hearing shall occur before Mr. Folsom is released from custody following his psychological evaluation in order to determine the terms of release.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 5th day of September, 2019.

## CERTIFICATE OF SERVICE

In compliance with the Federal Rules of Criminal Procedure and the Court's Local Rules, the undersigned hereby certifies that on this day, August 27, 2019, the foregoing document was filed and served upon all parties and counsel of record through the Court's CM/ECF electronic filing system.

/s/ *Arelice Parra*

Arelice Parra,
Litigation Paralegal