# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT FOLSOM,<br><br>　　　　　Defendant. | 2:17-cr-00176-JAD-VCF<br><br>**ORDER** |

　　Before the court is *United States of America v. Robert Folsom*, case no. 2:17-cr-00176-JAD-VCF.

　　The court received a letter from Warden Heriberto H. Tellez dated September 6, 2019.

　　Accordingly,

　　IT IS HEREBY ORDERED that a status hearing is scheduled for 11:00 AM, September 20, 2019, in Courtroom 3D.

　　The Clerk of Court is directed to file the attached letter from Warden Heriberto H. Tellez under seal and email a copy of the letter to counsel.

　　DATED this 16th day of September, 2019.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE