# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT FOLSOM,<br><br>    Defendant. | 2:17-cr-00176-JAD-VCF<br><br>**MINUTE ORDER** |

  The court has received a copy of the forensic mental health evaluation for Robert Folsom. A copy is filed under seal contemporaneously with this order. The Clerk of Court is directed to mail a copy of the sealed forensic mental health evaluation to the government and defense counsel.

  Accordingly,

  IT IS HEREBY ORDERED that a status hearing is scheduled for 11:00 AM, November 12, 2019, in Courtroom 3D.

DATED this 5th day of November, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE