# FILED

## UNDER

# SEAL

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number: 13644
ALLISON REESE
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT

District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 2:17-cr-00176-JAD-VCF-1 |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | PETITION FOR ACTION |
| ) | | ON CONDITIONS OF |
| ROBERT FOLSOM ) | | <u>PRETRIAL RELEASE</u> |
| Defendant ) | | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Alicia Coughlin, U. S. Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 3rd day of September, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

By   /S/                              .
ALLISON REESE
Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. ROBERT FOLSOM                                  Docket No. 2:17-cr-00176-JAD-VCF-1

Petition for Action on Conditions of Pretrial Release

COMES NOW ALICIA COUGHLIN, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Robert Folsom. The defendant appeared for a status conference on November 19, 2019, before U.S. Magistrate Judge Cam Ferenbach and was ordered released on a personal recognizance bond with the following conditions of release:

1. The defendant shall report to Pretrial Services for Supervision.
2. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to Clark County, NV unless approved by Pretrial Services.
3. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
4. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
5. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. This includes Marijuana.
6. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
7. The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
8. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances. This includes Marijuana.
9. The defendant shall participate in a program of inpatient or outpatient substance use therapy and counseling if Pretrial Services or the supervising officer considers it advisable.
10. The defendant shall pay all or part of the cost of the substance use treatment program or evaluation based upon his/her ability to pay as determined by Pretrial Services or the supervising officer.
11. The defendant shall participate in mental health treatment as directed by Pretrial Services or the supervising officer.
12. The defendant shall pay all or part of the cost of the medical or psychiatric treatment program or evaluation based upon his/her ability to pay as determined by Pretrial Services or the supervising officer.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. Mr. Folsom was arrested on August 19, 2020, and has been charged with charged with Child Abuse or Neglect – 1st (F); Indecent/Obscene Exposure – 1st (GM); and Destroy/Injure Property of Another Constituting Domestic Violence, Value $25 or more but less than $250.
2. Mr. Folsom failed to report to report to mental health treatment on August 18, 2020.
3. Mr. Folsom failed to report to report to drug testing on June 1, 2020 and July 30, 2020.
4. Mr. Folsom failed to report for a scheduled check-in with Pretrial Services on September 1, 2020.
5. Mr. Folsom failed to complete scheduled telephonic check-ins on July 1, 2020; July 15, 2020; and August 15, 2020
6. Mr. Folsom has not called the drug testing line to determine if he is scheduled to test since August 15, 2020.

**PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED BASED UPON THE INFORMATION OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this 3rd day of September, 2020 and ordered filed and made a part of the records in the above case.

_____
Honorable Cam Ferenbach
U.S. Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct. Executed on this 3rd day of September, 2020.

Respectfully Submitted,

_____
Alicia Coughlin
U.S. Pretrial Service Officer
Place: Las Vegas, Nevada