PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STAES OF AMERICA;<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT FOLSOM;<br><br>Defendant. | Case No. 2:17-cr-00176-JAD-VCF<br><br><br><br>**ORDER** |

The Court having reviewed the parties' Stipulation (filed on September 17, 2020) to continue the current hearing on the petition for pretrial revocation, it is hereby ordered that the stipulation is granted. In granting the Joint Stipulation, the Court renders the following enumerated findings of fact:

1. The hearing on the petition for pretrial revocation is currently scheduled on September 18, 2020.

2. Defense Counsel is establishing a video conference with Defendant prior to the scheduled petition for pretrial revocation hearing, but has yet to do so.

3. Counsel for Defendant and Assistant United States Attorney, Allison Reese, agree to the request for a continuance of the current petition for pretrial revocation hearing and agree it is necessary to adequately prepare for the hearing.

4. Pursuant to 18 U.S.C. § 3161 (h)(7)(A), the Court finds that the "ends of justice" will be served by granting this request for a continuance and that, if the Court were to deny the request, a "miscarriage of justice" would result.

In light of the foregoing findings of fact and conclusions of law, the Court concludes that the ends of justice would be best served by a continuance of the current hearing on the petition for pretrial revocation in this case. Accordingly, the current petition for pretrial

4

revocation hearing date of September 18, 2020 is hereby vacated.

ACCORDINGLY, the hearing on the petition pretrial revocation is set for Monday, October 5, 2020 at 1:00 PM in LV courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this  18th  day of September, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

5