IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,          )
                                   ) Case No. 2:17-cr-00176-JAD-VCF
                Plaintiff,         )
                                   )       ORDER TEMPORARILY
vs.                                ) UNSEALING AUDIO RECORDING
                                   )
ROBERT FOLSOM,                     )
                                   )
                Defendant.         )
_____)

　　　　Karen Connolly, Esq., filed a Designation of Transcripts (Doc. 180).  Of the transcripts requested, the following docket numbers are proceedings that are either sealed or contain a sealed portion:  Docket Nos. 126 and 133.  The transcripts are to be prepared by Amber McClane, Federal Official Court Reporter.

　　　　**IT IS THE ORDER OF THE COURT** that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by Amber McClane and providing a copy of the transcript to Karen Connolly, Esq., as requested.

　　　　**IT IS FURTHER ORDERED** that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.

　　　　**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.


　　　　**DATED** this __28th__ day of __October__, 2021.




                         _____
                         JENNIFER A. DORSEY
                         UNITED STATES DISTRICT COURT Judge