```
                    IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                ) Case No. 2:17-cr-00176-JAD-VCF
              Plaintiff,        )
                                )   ORDER TEMPORARILY
vs.                             )   UNSEALING PROCEEDING
                                )
ROBERT FOLSOM,                  )
                                )
              Defendant.        )
_____)
```

     On October 27, 2021, this Court received a request from Karen Connolly, Esq., for a transcript that includes a sealed portion reported by Amber McClane, F.O.C.R.:  Motion Hearing via Videoconference, held March 22, 2021.
     **IT IS THEREFORE ORDERED** that the reporter notes of said hearing shall be unsealed for the limited purpose of providing the transcript as request by Karen Connolly, Esq.  The original reporter notes shall thereafter be resealed, together with the certified copy of the transcript delivered to the Clerk pursuant to 28 U.S.C. § 753(b), until further order of this Court.
     **IT IS FURTHER ORDERED** that Amber McClane, F.O.C.R., shall not disclose the contents of the transcript of the sealed proceeding to anyone other than the parties or representatives of the parties directly concerned with this case.


     **DATED** this ___28th___ day of __October__, 2021.



                         _____
                              JENNIFER A. DORSEY
                         UNITED STATES DISTRICT COURT JUDGE