# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

# PETITION FOR WARRANT
# FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Robert Folsom**

Case Number:  **2:17CR00176**

Name of Sentencing Judicial Officer: **Honorable Jennifer A. Dorsey**

Date of Original Sentence: **August 30, 2021**

Original Offense: **Possession with Intent to Distribute a Controlled Substance**

Original Sentence: **366 Days prison, followed by 36 Months TSR.**

Date Supervision Commenced: **September 3, 2021**

# PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Drug Testing** – You must submit to substance abuse testing to determine if you have used a prohibited substance. *Testing shall not exceed 104 tests per year.* You must not attempt to obstruct or tamper with the testing methods.

    Folsom failed to report for scheduled drug testing at Tomo on the following dates:
    - November 5, 2022
    - October 29, 2022
    - October 24, 2022
    - October 11, 2022
    - October 6, 2022
    - September 26, 2022
    - September 17, 2022
    - September 14, 2022
    - September 2, 2022
    - August 27, 2022

Prob12C
D/NV Form
Rev. March 2017

- August 18, 2022
- August 10, 2022
- August 5, 2022
- July 28, 2022
- July 21, 2022
- July 13, 2022
- July 6, 2022
- June 25, 2022

2. **Do Not Unlawfully Use Controlled Substance** - You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests, thereafter, as determined by the court, not to exceed 104 tests annually.

    A. On June 22, 2022, Folsom submitted a urine sample which yielded positive results for marijuana and this sample was confirmed positive for marijuana by the National lab.
    B. On August 3, 2022, Folsom admitted to this officer that he had consumed marijuana in the previous weeks and that was partially why he had stopped reporting for drug testing.

3. **Substance Abuse Treatment** – You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

    Folsom last attended substance abuse treatment at Choices Counseling on June 28, 2022 and failed to attend group counseling on July 5, 2022; July 12, 2022 and July 19, 2022. On July 21, 2022 he was unsuccessfully discharged from substance abuse treatment.

4. **Mental Health Treatment** – You must participate in a mental health treatment program [Outpatient] and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

    Folsom failed to attend individual mental health treatment at Choices Counseling on June 23, 2022 and last attended individual treatment on July 7, 2022. On July 22, 2022, he was unsuccessfully discharged from mental health treatment.

5. **Report Police Contact Within 72 Hours** - If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

   On December 1, 2022, this officer received a telephone contact from Las Vegas Metro PD advising they had contacted Folsom at a traffic stop and he was given a citation for making a turn on a red light. Folsom failed to contact the probation officer to notify his contact with law enforcement.

6. **Follow Instructions Of Probation Officer** - You must follow the instructions of the probation officer related to the conditions of supervision.

   Since the commencement of supervision, Folsom advised he was self-employed as a mechanic and he was directed to submit paystubs to verify this employment each month and he failed to do so.

7. **Submit Monthly Report** - The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

   Folsom last submitted a monthly supervision report for April 2022. He has failed to submit monthly supervision reports for the following months:
   - May 2022,
   - June 2022,
   - July 2022,
   - August 2022
   - September 2022
   - October 2022
   - November 2022

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

    ☒ Revoked

    I declare under penalty of perjury that the information contained herein is true and correct,

    Executed on **December 6, 2022**

Digitally signed by Donnette Johnson
Date: 2022.12.09 12:39:57 -08'00'

Donnette Johnson
Senior United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2022.12.09 12:15:12 -08'00'

Brian Blevins
Supervisory United States Probation Officer

## THE COURT ORDERS

☐     No Action.
**X**     The issuance of a warrant.
☐     The issuance of a summons.
☐     Other:

_____
Signature of Judicial Officer

12/12/2022
_____
Date

RE: Robert Folsom

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. ROBERT FOLSOM, 2:17CR00176

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### December 6, 2022

On August 30, 2021, Robert Folsom was sentenced by Your Honor in the District of Nevada to 12 months and one day followed by three years supervised release for committing the offense of Possession with Intent to Distribute a Controlled Substance. On September 7, 2021 Folsom commenced his term of supervised release in the District of Nevada.

At the onset of supervision Folsom maintained compliance with most of his supervised release conditions, however he would debate this officer on why he had to comply with these conditions at each office contact. Folsom advised he was born in Georgia and was not a national of this country and therefore certain rules did not apply to him. Folsom advised he was appealing his sentence and believed that he would be off supervision soon, however he was advised that until an order was provided by the Court he needed to stay in compliance. Folsom has failed to comply with the conditions of supervision including drug testing, has submitted positive tests for marijuana, has failed to follow instructions of the probation officer and has failed to submit numerous monthly supervision reports as required.

As a condition of supervised release, Folsom was ordered to participate in drug testing and on the following dates he failed to report for drug testing on numerous dates from June 25, 2022 through November 5, 2022. On August 3, 2022, Folsom reported to the probation office and met with this officer and admitted that he had been smoking marijuana and that was part of the reason he stopped reporting for drug testing. Folsom further went on to state that his appeal had been approved and he had just submitted another motion on August 2, 2022 and he was supposed to be off supervision. This officer advised him that a check of the courts system revealed he was still on supervision and the appeal was dismissed and his sentence reaffirmed. This officer directed Folsom to resume drug testing, but he failed to do so.

This officer also discussed with Folsom why he stopped attending counseling at Choices Counseling for mental health and substance abuse treatment. Folsom stated he did not feel like he needed it. It should be noted, discussions with the treatment provider advised Folsom stated he would no longer be attending treatment because his appeal went through. Folsom last attended substance abuse group treatment at Choices on June 28, 2022 and he last attended individual mental health treatment on July 7, 2022. This officer advised Folsom these conditions were court ordered and an assessment advised that he needed treatment and therefore he was required to attend. Folsom was directed to contact Choices Counseling to discuss when he could resume attending group and individual treatment. As of this date, Folsom has failed to contact Choices and has failed to maintain contact with the probation officer. This officer has attempted to contact Folsom via his cell phone and has left numerous voicemails and sent him text messages to contact this officer and he has failed do so. Folsom has made no attempts to contact this officer since his last office visit on August 3, 2022.

# RE: Robert Folsom

Prob12C
D/NV Form
Rev. March 2017

Folsom has willfully decided not to participate in probation supervision any longer and although he was advised his appeal was dismissed, he has refused to believe that and has failed to comply with the conditions of supervision since June 2022. Based on all the violation listed above, Folsom has demonstrated he is incapable of lawful self-management and the probation office respectfully requests a warrant be issued to initiate revocation proceedings.

Respectfully submitted,

Digitally signed by
Donnette Johnson
Date: 2022.12.09
12:40:42 -08'00'

Donnette Johnson
Senior United States Probation Officer

Approved:

Digitally signed by
Brian Blevins
Date: 2022.12.09
12:16:00 -08'00'

Brian Blevins
Supervisory United States Probation Officer